# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 3:08cr97 (MRK) |
| | : | |
| FRANCISCO DARIO DUQUE, | : | |
| JUAN MERLANO, | : | |
| DOMINGO MARTE | : | |

## ENDORSEMENT AND SUPPLEMENTAL SCHEDULING ORDER

At a telephonic status conference held on December 2, 2009 for each of the above-named defendants, the Court discussed the status of this case with counsel. Certain counsel stated that they needed a continuance of jury selection in order to be effectively prepared. Counsel for Mr. Marte asked for a trial in January, though Mr. Marte's counsel agreed that a jury selection date in January or February with trial soon thereafter would be acceptable if the Court's schedule could not accommodate a trial in January. At this time with the Court's docket is fully occupied with previously scheduled trials in January.

Cognizant of the statutory directive that no continuance may be granted because of general congestion of the Court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government, in accordance with 18 U.S.C. § 3161(h), the Court finds that the ends of justice served by granting a continuance in the above-captioned matter outweigh the best interest of the public and the Defendants in a speedy trial for the following reasons:

1.    The failure to grant a continuance would deny counsel for certain of the Defendants and the attorney for the Government the reasonable time needed to prepare for trial

and discuss this case, because the case involves both a number of defendants, such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Act.

2.      The Court's docket in January is already full with other trials and there is one week in January in which counsel for Mr. Marte could not try the case.

Accordingly,   the Court GRANTS the defendants Francisco Dario Duque's and Juan Merlano's oral Motion To Continue Jury Selection and Trial and finds that the period of delay from January 5, 2010 to February 5, 2010 is properly excludable under 18 U.S.C. § 3161(h)(7). Each defendant shall file a speedy trial waiver no later than **December 11, 2009.**

Pursuant to *Federal Rule of Criminal Procedure* 17.1 the following schedule shall govern for **all defendants:**

1.      Defendants shall file pretrial motions on or before **January 5, 2010**.

2.      Government shall file its responses to any such motions together with supporting memoranda on or before **January 15, 2010**.

3.      Jury Selection shall take place on **February 5, 2010** at **9:30 a.m.** Trial shall commence on **February 16, 2010 at 9:00 a.m.** Proposed voir dire questions and proposed jury instructions shall be filed with the court and served on opposing counsel by no later than **3:00 p.m.** on **January 20, 2010**. An in court pre-trial conference will be held on **January 27, 2010** at **1:30 p.m.**

4.      The pre trial conference scheduled for **December 22, 2009** at **9:30 a.m.** is canceled.

IT IS SO ORDERED.


/s/ Mark R. Kravitz
Mark R. Kravitz
United States District Judge


**Dated at New Haven, Connecticut: <u>December 3, 2010</u>**.