UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. Nos. (To be assigned) (AWT) |
| | : | 3:08CR97 (MRK) |
| v. | : | |
| | : | |
| JOSE MANOTAS | : | December 22, 2009 |

**GOVERNMENT'S NOTICE OF RELATED CASE**

The United States of America respectfully notifies the Court that the case of United States v. Jose Manotas, (number to be assigned) (AWT), which will be initiated with the filing of an information once the defendant has waived indictment, was randomly assigned by the Clerk's Office to the Honorable Alvin W. Thompson on or about December 21, 2009, is related to United States v. Robert Hodgins, et al., 3:08CR97 (MRK), an indicted case which is assigned to the Honorable Mark R. Kravitz. In the Hodgins case, a number of individuals and a corporation are charged with a money laundering conspiracy, in violation of 18 U.S.C. § 1956(h), and related violations. In the proposed information, the defendant herein is to be charged with the same conspiracy. It is anticipated the defendant will waive indictment and enter a plea of guilty to the information at the time the information is filed.

This Court's "related case" policy calls for the prosecution or defense to identify, for the benefit of the Court, when cases are "related," at which point the judges presiding over the earlier and later cases shall consult to determine whether the cases are, in fact, related. See Memorandum of Chief Judge Alfred V. Covello ("Re: Assignment of Criminal Cases") at ¶4 (Dec. 10, 1999). Assignment of a new

related case to the judge presiding over an earlier case may occur "only after that judge determines that the cases are, in fact, related."

A copy of this motion has also been telefaxed to Erika McDaniel Edwards, Esq., who is representing the defendant in the new case.

>Respectfully submitted,
>
>NORA R. DANNEHY
>UNITED STATES ATTORNEY
>
>/s/
>H. GORDON HALL
>ASSISTANT U.S. ATTORNEY
>Fed Bar No. ct05153
>157 Church Street, 23d Floor
>New Haven, CT 06510
>(203) 821-3700
>Email: gordon.hall@usdoj.gov

## CERT IFICATE OF SERVICE

A true and correct copy of the foregoing has been hand-delivered to the chambers of the Honorable Alvin W. Thompson, Chief United States District Judge, United States Courthouse, 450 Main Street, Hartford, CT, and to the chambers of the Honorable Mark R. Kravitz, United States District, United States Courthouse, 141 Church Street, New Haven, CT, on this 22nd day of December, 2009. A copy of this motion has also been telefaxed to Erika McDaniel Edwards, Esq.; Donaldson,

**Cilliest & McDaniel, LLP; 1825 Park Avenue at 125th Street, Suite 1102; New York, NY 10035.**

          **_____/s/_____**
          **H. GORDON HALL**
          **ASSISTANT U.S. ATTORNEY**