Criminal Std (12/2/09)

HONORABLE: _____
DEPUTY CLERK _____  RPTR/ECRO/TAPE _____
USPO _____  INTERPRETER _____

TOTAL TIME: ____ hours ____ minutes
DATE: _____  START TIME: _____  END TIME: _____

## COURTROOM MINUTES

☐ IA-INITIAL APPEAR    ☐ BOND HRG           ☐ CHANGE OF PLEA     ☐ IN CAMERA HRG
☐ IA- REVOCATION       ☐ DETENTION HRG      ☐ WAIVER/PLEA HRG    ☐ COMPETENCY HRG
☐ IA- RULE 5           ☐ PROBABLE CAUSE     ☐ EXTRADITION HRG    ☐ FORFEITURE HRG
☐ ARRAIGNMENT          ☐ CONFLICT HRG       ☐ EVIDENTIARY HRG    ☐ STATUS CONFERENCE

CRIMINAL NO. _____  DEFT # _____

_____ AUSA

**UNITED STATES OF AMERICA**
vs

_____
Counsel for Defendant Ret ☐  CJA ☐  PDA ☐

☐ .......Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
☐ ...... ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
☐ ...... Order Appointing Federal Public Defender's Office filed
☐ ...... Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
☐ ...... Appearance of _____ filed
☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
☐ ...... Plea Agreement Ltr filed ☐ under seal    to be e-filed  **prior to sentencing date.**
☐ ......Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) _____ of the _____
☐ ...... Petition to Enter Guilty Plea filed                                     (indict, superseding indict, info)
☐ ...... Defendant motions due _____ ; Government responses due _____
☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
☐ .......Hearing on Pending Motions scheduled for _____ at _____
☐ ...... Jury Selection set for _____ at _____
☐ ...... Remaining Count(s) to be dismissed at sentencing
☐ ...... Sentencing set for _____ at _____ ☐ Probation 246B Order for PSI & Report
☐ ...... Special Assessment of $_____ on count(s) _____. Total $ _____ Due immediately  Pay at sentencing
☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Order of Detention filed
☐ ...... Deft ordered removed/committed to originating /another District of _____
☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
☐ ...... Waiver of Rule 5 Hearing filed
☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Bond ☐ set at $_____  ☐ reduced to $_____  ☐ Non-surety ☐ Surety ☐ Personal Recognizance
☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
☐ ...... Defendant detained
☐ ...... _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____
☐ ...... Set Attorney Flag

☐ SEE page II for ☐ conditions of bond ☐ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____ upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

## ADDITIONAL PROCEEDINGS

☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement