UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:08CR97(MRK) |
| | : | |
| V. | : | |
| | : | |
| DOMINGO MARTE, et al. | : | January 19, 2010 |

## MOTION TO DISMISS

The Government respectfully moves the Court to dismiss the superseding indictment in this case as to the defendants DOMINGO MARTE; JULIAN ALBERTO MUÑOZ; CHRISTIAN INZAEHI, True Name Unknown; LUIS EDUARDO ORDONEZ-GOMEZ; and MANUEL CALZADA, in light of caselaw handed down subsequent to the alleged offense conduct and the superseding indictment in this case.  Specifically, this motion appears to be supported by the decision of the United States Supreme Court in *Cuellar v. United States*, 128 S.Ct. 1994 (2008), and, more specifically, by the decisions of the U.S. Court of Appeals for the Second Circuit in *United States v. Ness*, 565 F.3d 73 (2d Cir. 2009) and *United States v. Garcia*, 587 F.3d 509 (2d Cir. 2009).

Of the defendants affected by this motion, only DOMINGO MARTE has been arrested, and he is at liberty on a bond set by the Court. The MARTE case is scheduled for jury selection on February 2, 2010.

        Respectfully submitted,
        NORA R. DANNEHY
        UNITED STATES ATTORNEY


        /s/ H. GORDON HALL
        ASSISTANT U.S. ATTORNEY
        Federal Bar No. CT05153
        157 Church Street, 23rd Floor
        New Haven, CT  06510
        Tel.: (203) 821-3700
        Fax: (203) 773-5391
        Gordon.Hall@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on March 18, 2009, a copy of the foregoing Government's Response to Motion to Compel Discovery, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      /s/ H. GORDON HALL
      ASSISTANT U.S. ATTORNEY
      Federal Bar No. CT05153
      157 Church Street, 23rd Floor
      New Haven, CT 06510
      Tel.: (203) 821-3700
      Fax: (203) 773-5391
      Gordon.Hall@usdoj.gov