UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

UNITED STATES OF AMERICA,

v.                                                                  No.3:08CR97(MRK)

JUAN MERLANO

---

### MOTION TO CONTINUE

The defendant, Juan Merlano, moves this Court to continue the scheduled plea date in this case to a day of the Court's choosing, but ask that it be somewhere in the range of thirty (30) days from today.

The original date for the plea was January 27, at 2:00 P.M. Defendant Juan Merlano recently received the plea agreement and counsel needs time to review the agreement with the defendant. Furthermore, the 30 days would allow defense counsel to addresses any changes that may be necessary with the Government.

WHEREFORE, the Court is asked to grant Defendant's request for the relief requested.

Dated: January 28, 2010                          Respectfully Submitted,


                                                 _____/s/_____
                                                 Justin T. Smith, Esq.
                                                 Law Office of Justin T. Smith
                                                 383 Orange St.
                                                 New Haven, CT 06511

                                                 David S. Zapp, Esq.
                                                 (Admitted Pro Hac Vice)
                                                 7 east 94th Street, Ste. 1
                                                 New York, NY 10128

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the clerk of the court using the CM/ECF system which will electronically send notification of such filing to all parties of record. Any party unable to receive electronic notice will receive a manual copy of the forgoing via U.S. Mail.

/s/

Justin T. Smith, Esq.
Law Office of Justin T. Smith
383 Orange St.
New Haven, CT 06511