SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179

CHAVARRIAGA,JUAN
4242 OAK FOREST COURT SE
GRAND RAPIDS, MI    49546

Employee ID 41023578394
Department 0114022117
Location 01140
Pay Rate $9.00
Benefit Rate $9.00

| | | | |
|---|---|---|---|
| Check Date | **04/08/2011** Pay Begin Date | | **03/20/2011** |
| Check # | **27136469** Pay End Date | | **04/02/2011** |
| Gross Amount | **$104.04** Net Amount | | **$98.16** |

$98.16 was deposited in checking account # XXXXXX0470

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Amount | Y-T-D Hours | Y-T-D Amount |
|---|---|---|---|---|---|
| Reg Ern | 9.00 | 11.56 | $104.04 | 11.56 | $104.04 |
| TOTAL | | 11.56 | $104.04 | 11.56 | $104.04 |

**TAXES**

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| Federal | $.00 | $.00 |
| MI SWT | $.00 | $.00 |
| MEDICARE | $1.51 | $1.51 |
| Soc Sec | $4.37 | $4.37 |
| TOTAL | $5.88 | $5.88 |

**BEFORE TAX DEDUCTIONS**

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| No Deductions | $ | $ |
| TOTAL | $.00 | $.00 |

**AFTER TAX DEDUCTIONS**

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| No Deductions | $ | $ |
| TOTAL | $.00 | $.00 |

PAY ADJUSTMENTS ARE FOR THE PRIOR PAY PERIOD UNLESS
OTHERWISE NOTED. PLEASE SEE THE STORE PEOPLE COACH/HR
MANAGER FOR QUESTIONS.



Done    Print

SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL  60179

CHAVARRIAGA,JUAN
4242 OAK FOREST COURT SE
GRAND RAPIDS, MI   49546

Employee ID 41023578394
Department 0114022117
Location 01140
Pay Rate $7.40
Benefit Rate $13.93

| | | | |
|---|---|---|---|
| Check Date | **12/02/2011** Pay Begin Date | **11/13/2011** | |
| Check # | **29900862** Pay End Date | **11/26/2011** | |
| Gross Amount | **$1,082.42** Net Amount | **$989.46** | |

$989.46 was deposited in checking account # XXXXXX0470

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Amount | Y-T-D Hours | Y-T-D Amount |
|---|---|---|---|---|---|
| Adj M Comm | | .00 | $.25 | .00 | $.25 |
| BusTrRt9 | | .00 | $.00 | 110.44 | $993.96 |
| Credit Inc | | .00 | $60.00 | .00 | $214.00 |
| Draw Pay | | .00 | $.00 | .00 | $142.67 |
| Fda | | .00 | $.00 | .00 | $20.00 |
| Holiday | 13.94 | 5.00 | $69.69 | 5.00 | $69.69 |
| Hours Only | | 50.98 | $.00 | 721.39 | $.00 |
| Labor Comm | | .00 | $9.75 | .00 | $276.76 |
| MITT | | .00 | $.00 | 7.65 | $109.32 |
| Min Shift | | .00 | $.00 | 1.28 | $9.47 |
| Mrch Comm | | .00 | $885.44 | .00 | $9,328.76 |
| Recovery | | .00 | $.00 | .00 | $-142.67 |
| Reg Ern | | .00 | $.00 | 79.84 | $718.56 |
| Srvc Comm | | .00 | $57.29 | .00 | $1,324.79 |
| TOTAL | | 55.98 | $1,082.42 | 925.60 | $13,065.56 |

## TAXES

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| Federal | $.00 | $.00 |
| MI SWT | $.00 | $.00 |
| MEDICARE | $15.69 | $189.45 |
| Soc Sec | $45.46 | $548.75 |
| TOTAL | $61.15 | $738.20 |

## BEFORE TAX DEDUCTIONS

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| No Deductions | $ | $ |
| TOTAL | $.00 | $.00 |

## AFTER TAX DEDUCTIONS

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| St Den/Vis | $31.81 | $381.72 |
| TOTAL | $31.81 | $381.72 |

PAY ADJUSTMENTS ARE FOR THE PRIOR PAY PERIOD UNLESS OTHERWISE NOTED. PLEASE SEE THE STORE PEOPLE COACH/HR MANAGER FOR QUESTIONS.



Done    Print

SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179

CHAVARRIAGA,JUAN
4242 OAK FOREST COURT SE
GRAND RAPIDS, MI   49546

Employee ID **41023578394**
Department **0114022117**
Location **01140**
Pay Rate **$7.40**
Benefit Rate **$13.93**

| | | |
|---|---|---|
| Check Date | **12/16/2011** Pay Begin Date | **11/27/2011** |
| Check # | **30096636** Pay End Date | **12/10/2011** |
| Gross Amount | **$988.33** Net Amount | **$900.68** |

$900.68 was deposited in checking account # XXXXXX0470

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Amount | Y-T-D Hours | Y-T-D Amount |
|---|---|---|---|---|---|
| Adj M Comm | | .00 | $.00 | .00 | $.25 |
| BusTrRt9 | 9.00 | 4.00 | $36.00 | 114.44 | $1,029.96 |
| Credit Inc | | .00 | $.00 | .00 | $214.00 |
| Draw Pay | | .00 | $.00 | .00 | $142.67 |
| Fda | | .00 | $.00 | .00 | $20.00 |
| Holiday | | .00 | $.00 | 5.00 | $69.69 |
| Hours Only | | 50.39 | $.00 | 771.78 | $.00 |
| Labor Comm | | .00 | $43.72 | .00 | $320.48 |
| MITT | | .00 | $.00 | 7.65 | $109.32 |
| Min Shift | | .00 | $.00 | 1.28 | $9.47 |
| Mrch Comm | | .00 | $796.49 | .00 | $10,125.25 |
| Recovery | | .00 | $.00 | .00 | $-142.67 |
| Reg Ern | | .00 | $.00 | 79.84 | $718.56 |
| Srvc Comm | | .00 | $112.12 | .00 | $1,436.91 |
| TOTAL | | 54.39 | $988.33 | 979.99 | $14,053.89 |

### TAXES

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| Federal | $.00 | $.00 |
| MI SWT | $.00 | $.00 |
| MEDICARE | $14.33 | $203.78 |
| Soc Sec | $41.51 | $590.26 |
| TOTAL | $55.84 | $794.04 |

### BEFORE TAX DEDUCTIONS

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| No Deductions | $ | $ |
| TOTAL | $.00 | $.00 |

### AFTER TAX DEDUCTIONS

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| St Den/Vis | $31.81 | $413.53 |
| TOTAL | $31.81 | $413.53 |

PAY ADJUSTMENTS ARE FOR THE PRIOR PAY PERIOD UNLESS OTHERWISE NOTED. PLEASE SEE THE STORE PEOPLE COACH/HR MANAGER FOR QUESTIONS.

Done      Print



**Liaison Linguistics**
*Interpretation and Translation Services*

44 – 44th Street SE Grand Rapids, MI 49548
Phone: (616) 560-8492 / (616) 581-7356 / (616) 249-1696
Toll-free Fax (888) 870-7943 / Fax (616) 249-0959
Email: linguistics@liaison-mi.com

December 16, 2011

To Whom it May Concern,

This letter is my personal recommendation for Juan Chavarriaga. I have been Juan's immediate superior for this past year. I have always found him to be an excellent and efficient employee who always comes to work with a smile on his face and is dedicated to completing all of his assignments.

Juan is a pleasure to work with and demonstrates terrific interpersonal skills when dealing directly with colleagues and clients. Throughout his tenure at Liaision Linguistics, Juan has continuously accepted interpreting assignments besides his normal work load. He is professional, passionate, and fulfills his responsibilities as an interpreter.

I highly recommend Juan for any endeavor he undertakes in the future as he would make a great asset for any organization. Please contact me for any additional information you may need.

Sincerely,

Anh Nguyet Tran
President

---

Serving the Community with Language Needs

# Certificate of Achievement

## The Michigan Institute of Real Estate

### Certifies

## JUAN CHAVARRIAGA

### Has Completed 40 Hour

### Real Estate Fundamentals

### Distance Learning Course

Includes 4 Hours of Civil Rights
Course Topic #: 3040 & 3405
School #: 230

**08/28/2011**

Completion Date

*Namir K. George*

Coordinator



REALTY

SYSTEMS, INC.

COURSE SPONSOR # 294

P.O. Box 186 ● Grandville ● Michigan 49468-0186 ● 616-538-7073
Web www.GLRSonline.com ● Email staf@GLRSonline.com

Chavarriaga, Juan Carlos

Course 1200-2 Legal Update / Course 1200-4 Legal Update
Michigan Real Estate Continuing Education
Topic Nos. L5032 & L5034

is hereby accredited six (6) clock hours for completing

as prescribed by the Michigan Dept of Energy, Labor & Economic Growth – Real Estate.

6501368754
Permanent I.D. Number

December 1, 2011
Course Completion Date

Jack A. Miedema, President

'D' FIC LIG, FUC.F '.D SCI RIG.' A '. W 1' YOUR LICE'NSE RENEWAL APPLICATION