

| | | | |
|---|---|---|---|
| Name: | Juan Chavarriaga | Start Date: | Jul 26, 2011 |
| Program: | Bachelor of Arts Program | Est. Graduation Date: | Nov 3, 2014 |
| Major: | Business Administration | Academic Status: | Active |
| Major GPA: 0.00 | | Cumulative Undergraduate GPA: | 3.53 |

## My Progress Towards Graduation

| | |
|---|---|
| Total Credits Required: | 120.00* |
| Credits Completed: | 35.00 |
| Credits Needed: | 85.00 |
| | |
| Credits In-Progress: | 0.00 |
| Credits Scheduled: | 0.00 |
| Credits Not Scheduled: | 85.00 |

- Completed
- In-Progress
- Scheduled
- Not Scheduled

\* In addition to the credit requirements, students are also required to satisfy additional requirement rules.
^ Courses fulfilling more than one requirement will award credit only once.

# Requirement Rules

### Ashford Residency Rule

| Required Credits | Completed Credits | In-Progress Credits | Scheduled Credits | Not Scheduled Credits |
|---|---|---|---|---|
| 21.00 | 9.00 | 0.00 | 0.00 | 12.00 |

### Upper Division Rule

| Required Credits | Completed Credits | In-Progress Credits | Scheduled Credits | Not Scheduled Credits |
|---|---|---|---|---|
| 30.00 | 0.00 | 0.00 | 0.00 | 30.00 |

# Details

### Introductory Course Requirement

| Requirement | Course # | Course Title | Required Credits | Earned Credits | Status | Grade |
|---|---|---|---|---|---|---|
| EXP 105 | EXP 105 | PERSONAL DIMENSIONS OF EDUCATION | 3.00 | 3.00 | COMPLETE | A |
| PSY 202 | PSY 202 | ADULT DEVELOPMENT AND LIFE ASSESSMENT | 3.00 | 3.00 | COMPLETE | B+ |
| | | Totals: | 6.00 | 6.00 | | |

### General Education Requirements

| Requirement | Course # | Course Title | Required Credits | Earned Credits | Status | Grade |
|---|---|---|---|---|---|---|
| CULTURAL & AESTHETIC AWARE | CGD 218 | VISUAL LITERACY IN BUSINESS | 3.00 | 0.00 | NOT SCHEDULED | |
| DIVERSITY AWARENESS | ANT 101 | INTRODUCTION TO CULTURAL ANTHROPOLOGY | 3.00 | 0.00 | NOT SCHEDULED | |
| HISTORY | HIS 204 | AMERICAN HISTORY SINCE 1865 | 3.00 | 0.00 | NOT SCHEDULED | |
| HUMANITIES | PHI 208 | ETHICS AND MORAL REASONING | 3.00 | 0.00 | NOT SCHEDULED | |
| LITERATURE | ENG 125 | INTRODUCTION TO LITERATURE | 3.00 | 0.00 | NOT SCHEDULED | |
| POLITICAL SCIENCE | POL 201 | AMERICAN NATIONAL GOVERNMENT | 3.00 | 0.00 | NOT SCHEDULED | |
| SCIENCE | SCI 207 | DEPENDENCE OF MAN ON THE ENVIRONMENT | 4.00 | 0.00 | NOT SCHEDULED | |
| SOCIAL AND PERSONAL AWAREN | PSY 202^ | ADULT DEVELOPMENT AND LIFE ASSESSMENT | 3.00 | 3.00 | COMPLETE | B+ |
| | | Totals: | 25.00 | 3.00 | | |

### General Education Competencies (Requires grade of C- or better)

| Requirement | Course # | Course Title | Required Credits | Earned Credits | Status | Grade |
|---|---|---|---|---|---|---|
| APPLIED ETHICS | PHI 445 | PERSONAL & ORGANIZATIONAL ETHICS | 3.00 | 0.00 | NOT SCHEDULED | |
| COMMUNICATION II | ENG 122 | ENGLISH COMPOSITION II | 3.00 | 0.00 | NOT SCHEDULED | |

# Ashford University

Name: Juan Chavarriaga  
Program: Bachelor of Arts Program  
Major: Business Administration  
Major GPA: 0.00  

Start Date: Jul 26, 2011  
Est. Graduation Date: Nov 3, 2014  
Academic Status: Active  
Cumulative Undergraduate GPA: 3.53  

| Requirement | Course # | Course Title | Required Credits | Earned Credits | Status | Grade |
|---|---|---|---|---|---|---|
| COMMUNICATION III | COM 200 | INTERPERSONAL COMMUNICATION | 3.00 | 0.00 | NOT SCHEDULED | |
| CRITICAL THINKING | PHI 103 | INFORMAL LOGIC | 3.00 | 0.00 | NOT SCHEDULED | |
| INFORMATION TECHNOLOGY | INF 103 | COMPUTER LITERACY | 3.00 | 0.00 | NOT SCHEDULED | |
| MATHEMATICAL | MAT 222 | INTERMEDIATE ALGEBRA | 3.00 | 0.00 | NOT SCHEDULED | |
| MATHEMATICAL PREREQUISITE | MAT 221 | INTRODUCTION TO ALGEBRA | 3.00 | 0.00 | NOT SCHEDULED | |
| COMMUNICATION I | ENG 121 | ENGLISH COMPOSITION I | 3.00 | 3.00 | COMPLETE | B+ |
| | | Totals: | 24.00 | 3.00 | | |

## Major-Business Administration: Major Course Requirements

| Requirement | Course # | Course Title | Required Credits | Earned Credits | Status | Grade |
|---|---|---|---|---|---|---|
| ACC 205 | ACC 205 | PRINCIPLES OF ACCOUNTING I | 3.00 | 0.00 | NOT SCHEDULED | |
| ACC 206 | ACC 206 | PRINCIPLES OF ACCOUNTING II | 3.00 | 0.00 | NOT SCHEDULED | |
| BUS 303 | BUS 303 | HUMAN RESOURCES MANAGEMENT | 3.00 | 0.00 | NOT SCHEDULED | |
| BUS 308 | BUS 308 | STATISTICS FOR MANAGERS | 3.00 | 0.00 | NOT SCHEDULED | |
| BUS 311 | BUS 311 | BUSINESS LAW I | 3.00 | 0.00 | NOT SCHEDULED | |
| BUS 330 | BUS 330 | PRINCIPLES OF MARKETING | 3.00 | 0.00 | NOT SCHEDULED | |
| BUS 401 | BUS 401 | PRINCIPLES OF FINANCE | 3.00 | 0.00 | NOT SCHEDULED | |
| BUS 402 | BUS 402 | STRATEGIC MANAGEMENT & BUSINESS POLICY | 3.00 | 0.00 | NOT SCHEDULED | |
| CGD 218 | CGD 218^ | VISUAL LITERACY IN BUSINESS | 3.00 | 0.00 | NOT SCHEDULED | |
| ECO 203 | ECO 203 | PRINCIPLES OF MACROECONOMICS | 3.00 | 0.00 | NOT SCHEDULED | |
| ECO 204 | ECO 204 | PRINCIPLES OF MICROECONOMICS | 3.00 | 0.00 | NOT SCHEDULED | |
| MGT 330 | MGT 330 | MANAGEMENT FOR ORGANIZATIONS | 3.00 | 0.00 | NOT SCHEDULED | |
| MGT 415 | MGT 415 | GROUP BEHAVIOR IN ORGANIZATIONS | 3.00 | 0.00 | NOT SCHEDULED | |
| MGT 435 | MGT 435 | ORGANIZATIONAL CHANGE | 3.00 | 0.00 | NOT SCHEDULED | |
| PHI 445 | PHI 445^ | PERSONAL & ORGANIZATIONAL ETHICS | 3.00 | 0.00 | NOT SCHEDULED | |
| | | Totals: | 45.00 | 0.00 | | |

## Elective

| Requirement | Course # | Course Title | Required Credits | Earned Credits | Status | Grade |
|---|---|---|---|---|---|---|
| ELECTIVE | ANT 101 | INTRODUCTION TO HUMAN RIGHTS | 2.50 | 2.50 | TRANSFERRED | T |
| ELECTIVE | BUS 101 | INTRODUCTION TO BUSINESS ADMINISTRATION | 2.50 | 2.50 | TRANSFERRED | T |
| ELECTIVE | BUS 102 | BUSINESS PROCESS | 3.00 | 3.00 | TRANSFERRED | T |
| ELECTIVE | CSI 101 | COMPUTER SCIENCE I | 3.00 | 3.00 | TRANSFERRED | T |
| ELECTIVE | FLE 101 | FOREIGN LANGUAGE (ENGLISH) I | 2.50 | 2.50 | TRANSFERRED | T |
| ELECTIVE | HUM 101 | HUMANITIES I | 2.50 | 2.50 | TRANSFERRED | T |
| ELECTIVE | HUM 102 | HUMANITIES II | 2.50 | 2.50 | TRANSFERRED | T |
| ELECTIVE | MAT 101 | MATHEMATICS I | 4.00 | 4.00 | TRANSFERRED | T |
| ELECTIVE | SPN 101 | SPANISH LANGUAGE I | 2.50 | 2.50 | TRANSFERRED | T |
| ELECTIVE | STU 101 | STUDENT AND ACADEMIC SERVICES | 1.00 | 1.00 | TRANSFERRED | T |
| | | Totals: | 26.00 | 26.00 | | |

## General Education Capstone

| Requirement | Course # | Course Title | Required Credits | Earned Credits | Status | Grade |
|---|---|---|---|---|---|---|
| GEN 499 | GEN 499 | GENERAL EDUCATION CAPSTONE | 3.00 | 0.00 | NOT SCHEDULED | |
| | | Totals: | 3.00 | 0.00 | | |

**Ashford University** — FOUNDED 1918

Name: Juan Chavarriaga
Program: Bachelor of Arts Program
Major: Business Administration
Major GPA: 0.00

Start Date: Jul 26, 2011
Est. Graduation Date: Nov 3, 2014
Academic Status: Active
Cumulative Undergraduate GPA: 3.53

## Transfer Credit Summary

### UNIVERSIDAD EAFIT

| Course # | Course Title | Applied Credits | Course Credits | Grade | Applied To | Transfer Term |
|---|---|---|---|---|---|---|
| FLE 103 | FOREIGN LANGUAGE (ENGLISH) III | 0.00 | 1.00 | C | NOT APPLIED | |
| FLE 102 | FOREIGN LANGUAGE (ENGLISH) II | 0.00 | 2.50 | B | NOT APPLIED | |
| BRV 101 | HUMAN BEHAVIOR | 0.00 | 2.50 | B | NOT APPLIED | |
| LAW 101 | TRAD LAW | 0.00 | 2.50 | C | NOT APPLIED | |
| HUM 103 | HUMANITIES III | 0.00 | 2.50 | C | NOT APPLIED | |
| LAW 102 | LABOR LAW | 0.00 | 2.50 | C | NOT APPLIED | |
| ACC 101 | ACCOUNTING I | 0.00 | 3.00 | C | NOT APPLIED | |
| ACC 102 | ACCOUNTING II | 0.00 | 3.00 | C | NOT APPLIED | |
| MAT 102 | MATHEMATICS II | 0.00 | 4.00 | C | NOT APPLIED | |
| STU 101 | STUDENT AND ACADEMIC SERVICES | 1.00 | 1.00 | A | ELECTIVE | |
| BUS 101 | INTRODUCTION TO BUSINESS ADMINISTRA | 2.50 | 2.50 | A | ELECTIVE | |
| HUM 101 | HUMANITIES I | 2.50 | 2.50 | B | ELECTIVE | |
| SPN 101 | SPANISH LANGUAGE I | 2.50 | 2.50 | C | ELECTIVE | |
| FLE 101 | FOREIGN LANGUAGE (ENGLISH) I | 2.50 | 2.50 | C | ELECTIVE | |
| ANT 101 | INTRODUCTION TO HUMAN RIGHTS | 2.50 | 2.50 | C | ELECTIVE | |
| HUM 102 | HUMANITIES II | 2.50 | 2.50 | C | ELECTIVE | |
| CSI 101 | COMPUTER SCIENCE I | 3.00 | 3.00 | C | ELECTIVE | |
| BUS 102 | BUSINESS PROCESS | 3.00 | 3.00 | B | ELECTIVE | |
| MAT 101 | MATHEMATICS I | 4.00 | 4.00 | B | ELECTIVE | |
| | **Totals:** | **26.00** | **49.50** | | | |

The Transfer Credit Summary is a listing by school of the courses that have been applied to your degree. If you feel that there is an error with this summary, please contact your Academic Advisor immediately.

- End of Report -



# Adult Development and Life Assessment (BGA1136A)
Instructor: Jeremy Owens

Gradebook    Email    Tech Support    Help

**Course Home**
Syllabus
Course Materials
Course Grading
Course Calendar
About Discussions
Student Responsibilities and Policies
Technology Resources and Requirements
Technical Support
Disability Services
Ashford Cafe

**Meet Your Instructor**
- Week 1
- Week 2
- Week 3
- Week 4
- Week 5

**Library**

**Learning Resources**

## Gradebook

View Gradebook | User Activity

My Gradebook: Juan Chavarriaga

**Grade To Date:** 89.66%    View Gradebook By: Ashford | Item

| Assignment | Points | Percentage of Final Grade Earned to Date | Percentage of Final Grade Possible for Course |
|---|---|---|---|
| Ashford 2: - Week 1 - Post Your Introduction (Group C) | 1/1 | 1% | 1% |
| Ashford 2: - Week 1 - Discussion 1 (Group C) | 3/3 | 3% | 3% |
| Ashford 2: - Week 1 - Discussion 2 (Group C) | 3/3 | 3% | 3% |
| Ashford 2: - Week 1 - Quiz | 10/10 | 5% | 5% |
| Ashford 2: - Week 1 - Honor Code Agreement | 1/1 | 2% | 2% |
| Ashford 3: - Week 2 - Discussion 1 (Group C) | 3/3 | 3% | 3% |
| Ashford 3: - Week 2 - Discussion 2 (Group C) | 3/3 | 3% | 3% |
| Ashford 3: - Week 2 - Discussion 3 (Group C) | 3/3 | 3% | 3% |
| Ashford 3: - Week 2 - Assignment | 3.86/5 | 3.86% | 5% |
| Ashford 3: - Week 2 - Quiz | 7/10 | 3.50% | 5% |
| Ashford 4: - Week 3 - Discussion 1 (Group C) | 3/3 | 3% | 3% |
| Ashford 4: - Week 3 - Discussion 2 (Group C) | 3/3 | 3% | 3% |
| Ashford 4: - Week 3 - Discussion 3 (Group C) | 3/3 | 3% | 3% |
| Ashford 4: - Week 3 - Assignment | 8.90/10 | 8.90% | 10% |
| Ashford 4: - Week 3 - Quiz | 8/10 | 4% | 5% |
| Ashford 5: - Week 4 - Discussion 1 (Group C) | 3/3 | 3% | 3% |
| Ashford 5: - Week 4 - Discussion 2 (Group C) | 3/3 | 3% | 3% |
| Ashford 5: - Week 4 - Discussion 3 (Group C) | 3/3 | 3% | 3% |
| Ashford 5: - Week 4 - Assignment | 5/5 | 5% | 5% |
| Ashford 5: - Week 4 - Quiz | 6/10 | 3% | 5% |
| Ashford 6: - Week 5 - Discussion 1 (Group C) | 3/3 | 3% | 3% |



# ENG121: English Composition I (GSC1141F)
Instructor: Rozlyn Truss-Linder

Gradebook    Email    Tech Support    Help

**Course Home**
- Syllabus
- Course Materials
- Course Grading
- Course Calendar
- About Discussions
- Student Responsibilities and Policies
- Technology Resources and Requirements
- Technical Support
- Disability Services
- Ashford Cafe

**Meet Your Instructor**
- Week 1
- Week 2
- Week 3
- Week 4
- Week 5

**Library**

**Learning Resources**

## Gradebook

View Gradebook    User Activity

My Gradebook: Juan Chavarriaga

**Grade To Date:** 87.04%    **View Gradebook By:** Ashford | Item

| Assignment | Points | Percentage of Final Grade Earned to Date | Percentage of Final Grade Possible for Course |
|---|---|---|---|
| Ashford 2: - Week 1 - Post Your Introduction | 0.70/2 | 0.70% | 2% |
| Ashford 2: - Week 1 - Discussion 1 (Group C) | 2/2 | 2% | 2% |
| Ashford 2: - Week 1 - Discussion 2 (Group C) | 2/2 | 2% | 2% |
| Ashford 2: - Week 1 - Quiz | 7/10 | 3.50% | 5% |
| Ashford 3: - Week 2 - Discussion 1 (Group C) | 3/3 | 3% | 3% |
| Ashford 3: - Week 2 - Discussion 2 (Group C) | 3/3 | 3% | 3% |
| Ashford 3: - Week 2 - Assignment | 4.19/5 | 4.19% | 5% |
| Ashford 3: - Week 2 - Quiz | 8/10 | 4% | 5% |
| Ashford 4: - Week 3 - Discussion 1 (Group C) | 3/3 | 3% | 3% |
| Ashford 4: - Week 3 - Discussion 2 (Group C) | 3/3 | 3% | 3% |
| Ashford 4: - Week 3 - Assignment | 13.92/15 | 13.92% | 15% |
| Ashford 4: - Week 3 - Quiz | 9/10 | 4.50% | 5% |
| Ashford 5: - Week 4 - Discussion 1 (Group C) | 3/3 | 3% | 3% |
| Ashford 5: - Week 4 - Discussion 2 (Group C) | 3/3 | 3% | 3% |
| Ashford 5: - Week 4 - Assignment | 4.28/5 | 4.28% | 5% |
| Ashford 5: - Week 4 - Quiz | 7/10 | 3.50% | 5% |
| Ashford 6: - Week 5 - Discussion 1 (Group C) | 3/3 | 3% | 3% |
| Ashford 6: - Week 5 - Discussion 2 (Group C) | 3/3 | 3% | 3% |
| Ashford 6: - Week 5 - Final Compare and Contrast Essay | 13.20/15 | 13.20% | 15% |
| Ashford 6: - Week 5 - Quiz | 29/40 | 7.25% | 10% |
| **Total** | | 87.04% (of 100% Completed) | 100% |
| **Grade To Date:** | | 87.04% | |

DATE: August 12, 2010

To: Whom It May Concern
From: Crossroad Bible Institute
Re: Juan Chavarriaga
149 Rosette Street
New Haven, CT 06519

Dear Sir or Madam,

We are writing on behalf of Juan Chavarriaga. Founded in 1984, Crossroad Bible Institute is a licensed post secondary school in the state of Michigan and is accredited by the American Correctional Association. CBI has tens of thousands of students across the country, and we have thousands of trained Instructors to correct the lessons of the students. Every lesson that the student completes is carefully perused and a letter of encouragement and direction is sent with the corrected lesson back to the student. We keep careful records of each student's progress, and we are able to give you a detailed description of Juan's efforts in completing our courses.

Juan enrolled in Crossroad Bible Institute on January 7, 2009. Since that time, he has successfully completed all 12 lessons of the first course, *Great Truths of the Bible*, where he was awarded a certificate of completion. He completed each lesson in a timely manner and with a good level of accuracy. Juan is continuing his studies in our second course of Tier I, *Survey of the Bible*. He is currently working on lesson 7 of 14 of this course. This report shows that he puts forth effort and follows through on his commitments.

Juan has been a faithful student, a joy to work with, and is to be commended on his work thus far. We welcome any questions that you may have regarding his coursework with Crossroad Bible Institute.

Sincerely,

Cynthia Janzen
Crossroad Bible Institute


**Crossroad**
BIBLE INSTITUTE

P.O. Box 900
Grand Rapids, MI
49509-0900
*ph* 616-530-1300
*fx* 616-530-1351

mail@crossroadbible.org
www.cbi.fm

# CERTIFICADO DE FINALIZACIÓN

ESTE CERTIFICA QUE

## Juan Chavarriaga

HA COMPLETADO CON ÉXITO EL CURSO

### GRANDES VERDADES DE LA BIBLIA

**Crossroad**
BIBLE INSTITUTE

_David Schuringa_
Dr. David Schuringa
Presidente, Crossroad Bible Institute

02 de diciembre de 2009
Fecha

A PROGRAM AND SERVICE OF
THE NATIONAL CATHOLIC RISK RETENTION GROUP, INC.

# VIRTUS® Online

Update My Account | Logout

Toolbox   My Diocese

Juan Chavarriaga

Diocese of Grand Rapids, MI

## Toolbox

- Instructor-led Training
- Teaching Touching Safety Guide
- Acronyms and Other Internet Shorthand
- What is VIRTUS®?
- VIRTUS Online
- Protecting Children
  - USCCB Current Resources
  - USCCB Resource Booklet
- Report A Risk
- Update My Account
- Contact My Coordinator

### Edit My Information

| | |
|---|---|
| User ID: | juanchavarriaga@yahoo.com |
| First Name: | Juan |
| Last Name: | Chavarriaga |
| Email: | juanchavarriaga@yahoo.com |
| Password: | |
| Address: | 4242 Oak Forest Court S |
| Address Cont'd: | Apt. I 1 |
| City: | Grand Rapids |
| State: | MI - Michigan |
| ZIP: | 49546 |
| Daytime Phone: | 203.543.8744 |
| Evening Phone: | 203.543.8744 |
| Primary Location: | St. Robert of Newminster Parish (Ada) |
| Additional Locations: | Add/Remove locations |
| Roles: | Parent<br>Volunteer<br><br>Add/Remove roles |

[ Save ]  [ Cancel ]

Copyright © 1999 - 2011 by in2vate, llc. All rights reserved. [Terms]

(Acceptable Use Policy)

2703380
MORPHEUS

LV={ts '2011-12-07 12:22:31'}

LO=/virtus/index.cfm

https://www.virtusonline.org/mypage/EditMyInformation.cfm            12/7/2011