Grand Rapids, December 16/2011


The Honorable
Mark R Kravitz
New Haven, Connecticut


Dear Judge Kravitz:

My name is Christian Trefftz. I am an Associate Professor at the School of Computing Science at Grand Valley State University in the state of Michigan. I am writing this letter on behalf of Mr. Juan Chavarriaga, who has asked me to comment on his behavior during his parole.

Mr. Chavarriaga is married to my wife's sister. Our families are close. I have had the opportunity to observe Mr. Chavarriaga as a husband and as a father. He is an extremely patient and understanding husband who never raises his voice, even under very stressful situations. He is a devoted father, who drives his daughter to her piano, violin and ballet lessons and to the numerous commitments brought by her very active social life.

Mr. Chavarriaga has been working diligently. He has been working at a local Sears store as an appliance salesman. He has also been working as a translator.

Mr. Chavarriaga did not finish his college degree in his native Colombia. He is now pursuing an undergraduate degree via distance education. He has received credit for the college courses he had taken in Colombia. If he can continue pursuing his studies, he should complete his degree in approximately two years.

We are practicing Catholics. Mr. Chavarriaga is volunteering as a helper in his daughter's catechism classes at our Parish.

It is my belief that Mr. Chavarriaga has gone through a successful rehabilitation process and that, after his release last year, he has been and will continue to be a law-abiding and productive member of society.

Yours,

Christian Trefftz
165 Calais Ct. SE – Grand Rapid MI 49546 – Ph. (616) 949 0804

# Chris Afendoulis

240 Edge Hill Avenue SE / Grand Rapids, Michigan 49546 / 616-949-4237

December 13, 2011

To whom it may concern:

I am writing today on behalf of my wife, Phyllis and I regarding Mr. Juan Chavarriaga. We have had the opportunity to get to know Juan in the past year since he moved to Michigan.

Prior to meet Juan, we were friends with his wife and daughter, with whom our daughter has attended school for the past four years.

As the grandchildren of Greek immigrants, we relate to his hard work, ethic and his desire to make a better life for his family in the United States. Juan and his family were subjected to grave danger in Colombia before they came to the United States.  His stories of these hardships are chilling.

We have found him to be a dedicated father and husband, working as hard as he can to provide for his family, at times holding three jobs. His overwhelming desire is to create a better life for his family; to write another chapter in the story of America, the land of immigrants.

In our conversations with Juan, he appears to be keenly aware and to appreciate the importance of the rule of law and good citizenship, showing a total rehabilitation from any mistakes he made in the past.

Lastly, I would like to add that my wife, Phyllis is Director of Talent Management for a global research company and I am the Vice President of Finance at an automotive parts supplier in Grand Rapids, MI as well as the elected Treasurer of Grand Rapids Charter Township in Michigan.

We are both hopeful that Juan and his family are granted a second chance to move forward with their life.

Sincerely

Chris Afendoulis

Jeffrey L. McKay
155 Calais Court SE
Grand Rapids, MI 49546
616-464-0341

December 8, 2011

To whom it may concern:

I am writing this letter today, expressing to all who may read it, on behalf of Juan
Chavarriaga.

I have known Juan for about 7 years now. In those years he has shown himself to be of
good morality and character. Juan has been a very affectionate and loving father and
husband. He finds great joy in his family. He has shown great care in his community,
family and friends. He has personally helped me and my family with many projects and
issues. Always willing to lend an ear or hand. He has helped out in our Forest Hills
Public Schools as a volunteer for some events. He has helped in our carpool for school.
Juan has been active in our church, St. Robert of Newminster, and has recently become a
catechist. To summarize, Juan is an individual who is concerned about his community
and takes pride in his role in it.

It gives me great pleasure to write this letter on Juan's behalf and wish anyone to feel free
to contact me directly.

Sincerely,

Jeffrey L. McKay





ST. ROBERT OF NEWMINSTER PARISH
...SO THAT ALL PEOPLE CAN KNOW GOD
AND BE TOUCHED BY THE HOLY SPIRIT

December 7, 2011

To Whom It May Concern:

This letter certifies that Juan and Maria Chavarriaga are members in good standing at St. Robert of Newminster in Ada, Michigan. They have been members since August 2008.   Juan is a Cathechist Assistant in our Faith Formation program.    Their daughter Vanessa attends our Faith Formation classes.

We are happy to have them as part of our parish family.

Yours in Christ,

Rev. Leonard Sudlik
Pastor

dl

6477 ADA DRIVE, SE   ADA, MICHIGAN 49301
(616) 676-9111 PHONE   (616) 676-0950 FAX   www.strobertchurch.org

August 20/2010

The Honorable Mark R. Kravitz
United States District Judge
RICHARD C. LEE UNITED STATES COURT HOUSE
141 Church Street
New Haven, Connecticut 06510

Your Honor:

I am writing to urge leniency in the sentencing of my friend JUAN
CHAVARRIAGA.

I have known JUAN CHAVARRIAGA for more than 5 years, since he was a Real
Estate Agent for Weston Int'l Realty. He and I are both aware of the gravity of the
crime he was convicted of, but it is still hard for me to wrap my head around.
JUAN CHAVARRIAGA has always been there for me and every body who asks
for his help, willing to lend a hand with everything from fixing a car to studying for
a test. I have always found Juan to be of good moral character. He is a hard
worker and a quick learner; and a peaceful, gentle man

As you know, this is his only first conviction and his first offense. Given his
otherwise clean record, as well as his close ties to the community, I strongly
believe that a lesser sentence is most appropriate in this situation.

Sincerely,

Mario Ayalde

Tel: 305-698-0051