January 7, 2010

Honorable Judge Mark R. Kravitz

My name is Maria Angela Posada; I am Juan Carlos Chavarriaga Orozco's sister in law. I know him since he started dating my sister long time ago I think more than 20 years.

The only thing that I always saw on him was his love for his family, my sister and her daughter. He has been a responsible husband and father and one thing is certain he is a hard working person.

He could make mistakes but he never stole or took any thing from any body on the contrary a lot of people took advantage of him and that is the reason he is now where he is with out a penny on his packet and with a very uncertain future for him and his family.

My sister and her daughter are the victims of this mistakes and I think Juan Carlos had realized that as well as we all had.

As a citizen of this great country the United States of America I am sure that my sister and her daughter are going to have the opportunity to have their love one back.

I am sure that Juan Carlos was not and won't be any risk for the society.

Regards,

*Maria A. Posada.*
Maria Angela Posada

Tracey R. Blackthorne

6002 Black Plum Court
Tamarac, Florida 33321-6349

Hon. Mark R. Kravitz

1/3/2010

Dear Judge Kravitz,

    During the time that Juan Chavarriaga lived on my street, we became very friendly with him and his family. My son Jason and his daughter Vanessa were together most every day, and became very close. They frequently took Jason out to dinner and to the movies, he also slept over their house on occasion. I felt very comfortable entrusting my son to Juan and his family as they took excellent care of him.

    Juan is a very well-mannered gentleman, and I do not think I ever saw him angry or upset at anyone or anything. He was always there to lend a hand to help my husband when he needed assistance with anything. Juan took excellent care of both the interior and exterior of his home. Most people on our street do not maintain the front of their homes, but Juan took great pride in brightening our street as well as our hearts.

Sincerely

*Tracey R. Blackthorne*

Tracey R. Blackthorne

Jan 4, 2010

Honorable Judge Mark. Kravitz

My name is Beatriz Chavarriaga, Juan Chavarriaga is my cousin, I have known him all my life, We shared many great memories as children. During those years, I have seen him become a great friend, son, husband, and an excellent father. His parents have been a great example for him.

Every human being makes mistakes and this is what happened to Juan, but he recognized his mistakes, and he has the right to move forward with his life, with his wife, his beautiful daughter, and all who love him.

Juan has a big and generous heart and maybe that was what brought him problems because he trusts everyone and thinks they are like him. In our hearts we all trust that God will bring him to us soon.

He won't be a person that causes problems to the society, he is a very peaceful person, who enjoys his family and loves to work.

*Beatriz Chavarriaga* (signature)
Beatriz Chavarriaga

6233 snow bird
Santa Fe, New Mexico 87507
786 2384734

January 3, 2010

To: The Honorable Judge Mark R. Kravitz

I hope this letter will serve to enlighten you with regard to my old neighbor Juan Chavarriaga.

Juan, his wife Maria and their wonderful daughter Vanessa were my next door neighbors. They were the kind of neighbors that everyone wishes to have. They were an extremely close knit family, friendly, full of faith, gentle and kind.

Every Saturday without fail, Juan would take Vanessa to her ice skating lessons. He was the "proud" daddy! On Sundays after they had returned from church Juan again without fail, would wash his car like clockwork! At Christmas or Hanukkah time, they always came over with a small gift. Juan was so gentle, kind and generous and would do anything he could to help someone else. He was a simple man whose values were impressive…his family, his family, his family. Vanessa was his absolute pride and joy!

Maria and Juan had been inseparable for 25 years when Juan was taken away in such a brutal manner. The entire neighborhood was shocked beyond belief, to the point that we were all sure that the DEA had knocked down the wrong front door. It was an absolutely horrible experience for the neighborhood but mostly for Juan and his family.

We have all missed Juan, Maria and Vanessa very much and we would welcome them back as the wonderful neighbors and people they were in an instant.

Sincerely,

*Debbie Rosier*
Debbie Rosier

Grand Rapids, January 2, 2010

Honorable Judge Mark R. Kravitz

My name is Maria Zulien Posada; I am Juan Carlos Chavarriaga Orozco's wife. I met him 26 years ago and we have been married for almost 17 years now. We have a daughter; her name is Vanessa Chavarriaga, who is 12 years old. How can I describe Juan? He is a person with a lot of dreams, trustful and very helpful, hard worker, and an excellent husband, father and son.

We came to this country because we faced a lot of problems in Colombia, unfortunately, Juan met some people that lent him money to have our company running and all the things went wrong since the beginning, but Juan did not want to close the company. So he started to pay a lot of interest for that money, and he couldn't pay all of it in time, so they threatened him.

Coming to this country was a dream for us to be far away of all those problems and starting a new life here. We always have been with God and we understand that sometimes things happen for a reason and there is always a message and an experience for the years to come in our lives.

I was planning to go back to Colombia with my daughter on Sep 6, 2008 but the agent from the DEA ,Eileen Dinan, told me about the risk I could have if I went back, she said she would start the process to get a visa for me and my daughter. I decided to stay; she sent me the papers to fill. I sent her back all the papers and the pictures they requested, and I have been told by her many times that I would get the papers to be able to work in a few weeks. It has been 16 months since that and I have not received anything yet. At first I lived with a sister and her family for 8 months and then I moved to an apartment complex which is paid for a sister who is lending me the money until I get the papers and I am able to work.

I can tell you the need we have to be again with Juan, as I told you he is a real good person, and I know that in these months, almost two years, my daughter Vanessa has been missing his company and the good time that can be in her memory forever. We are a very close family. Our life is really simple; we enjoy being together, going to church and watching movies

If for any reason Juan hurt someone, I am sure he did not mean to do it and he feels sorry for all the problems he created to himself, his family and the society in general.

I just want to make clear that Juan won't be a risk when he is released, at the contrary he will make a lot of people around him very proud and happy, and I am so blessed I have him as my husband and I am waiting with all my heart that he can be with us again.

*[signature: Maria Zulien Posada]*

Maria Zulien Posada
4242 oak forest ct Se Apt I-1
Grand Rapids, Mi 49546
Phone: (954) 682-2825

Grand Rapids, January 1, 2010

The Honorable Mark R. Kravitz

United States District Judge

Dear Judge Kravitz,

I am writing this letter in behalf of my brother in law, Juan Carlos Chavarriaga Orozco. I have known Juan Carlos for more than 25 years. He married my sister in 1993. They have a beautiful daughter, Vanessa, who is a 12 year old sixth grader, she is very smart and a very good student. Juan is a very good husband and he is very dedicated to their daughter. He values immensely spending time with my sister, Zuly, and Vanessa. He supports Vanessa in all the activities that she does; an example of this is the ritual they both had to go skating every Sunday, so Vanessa could practice what she was learning in skating class. He also used to take Vanessa to piano lessons and he was a very proud Dad in her recitals. He values education and encourages Vanessa to always do her best at school. What he loves most in his life is to be with Zuly and Vanessa doing simple things like going out to eat or staying home watching a movie.

He has been a very religious person and during the time he has been detained he has become an even more religious person. During his detention he has taught several inmates how to write and read in Spanish. He has also taken all the courses that have been made available to him. He is taking this difficult time the best way possible as a learning experience in his life.

These 22 months have been very difficult for him and his family. My sister and niece lived with me and my family for the first 8 months. They moved to an apartment and one of my sisters support them 100% since Zuly does not have a legal status in this country and is not allowed to work.

I firmly believe that Juan Carlos has learned his lesson during his detention time and I think he will make a big difference in the lives of Zuly and Vanessa. I hope he will be allowed to reunite again with them very soon; that day will be a very happy moment for them as they are looking forward to starting a new life together.

Sincerely,

Ana Cristina Posada
165 Calais Ct. SE
Grand Rapids, MI. 49546
Phone: (616) 949-0804

Jan 3, 2010

Honorable Judge Mark R. Kravitz,

I am Vanessa Chavarriaga, and Juan Carlos Chavarriaga's daughter. For the 12 years I have been alive, I have known no one better than my dad. He's everything a dad could be. He was always the one who helped me with my math, he taught me how to ride a bike, and he went ice skating with me every Saturday.

Not once have I heard him raise his voice, swear, or hit anything. He is always calm, kind, and loving. Even now, he is very brave and he always tries to be very cheerful when he talks to me. We always pray on the phone, I play my violin for him, and even though he is not with me, I know he is a better father than most.

I miss him very much. I try to be brave, but he is my dad, and I want him to be here. Now. For my birthdays, my school concerts. I want him to listen to my problems and hug me and tell me everything is going to be okay. I want him to see me, and see the person I've become. I want him to be proud of me. But he needs to be here to do that.

I know he is a good person, and he would never, ever do anything to hurt anyone. I would do anything to help him, and so would a lot of people. I am so glad he is my dad; I wouldn't have it any other way.

Vanessa Chavarriaga Posada

*Vanessa Chavarriaga Posada*

Grand Rapids, January 3, 2010

The Honorable Mark R. Kravitz

United States District Judge

Dear Judge Kravitz,

Juan Chavarriaga is a man who cares about his family. From the oldest memories I have of him, he has always been kind and compassionate to me. When we both still lived in Colombia, he would take me horse-back riding, show me the pigs that he used to raise, and raise me up and spin me around like I was an airplane. When his daughter Vanessa was born, it was evident how much love there was between him, his wife Maria Zulien, and Vanessa. If any three of them came to spend time with us on vacation, it was safe to say that all three of them would be there together. Juan always tried to be with his family when he could. He would go ice-skating with Vanessa once a week; He would go watch movies with the whole family together; he even learned to ski after he was forty years old just so he could spend more time with Vanessa. Naturally, Maria Zulien and Vanessa became dependent on his presence and his loss has cost them great pain. I have seen Maria Zulien crying multiple times debating whether to go back to Colombia or wait for Juan here; I have witnessed Vanessa become absorbed in fiction books in what I believe is an attempt to escape from her reality. Juan's detainment has not only affected him, but also those who are closest to him. Being torn and kept from his family has surely been enough punishment for any wrongdoings he may have committed. I hope that Juan will soon be able to join Maria Zulien and Vanessa again, and by this reunion end the suffering that I have witnessed.

Sincerely,

Pablo Trefftz

January 31, 2009

Honorable Judge Mark R. Kravitz,

My uncle, Juan Carlos Chavarriaga Orozco, has been part of my life for as long as I can remember. He's created memories of joy and happiness that I'll remember a lifetime, and I am forever greatful for that.

As a young child, I remember our trips to his farm. We would spend hours in the small creek located in the backyard, having fun and relaxing in the water. And on weekends when we couldn't go to the farm, my brother and I would still spend them close to my aunt and uncle. I remember running into his arms as he happily said, "Here they come!" We would spend hours with them, watching tv, going to get ice cream, etc.

In the year 2,000, my family moved to Grand Rapids, Michigan. As a five year old girl, I didn't really understand why we were moving. I knew I'd miss the only place I had ever known as home, but most of all, I'd miss my family. My uncle promised me to visit at least once a year, so we'd never have a Christmas apart.

His family's annual trips soon became the highlight of my year. Our Christmases were always happy; cheerful. He would rent a car and drive us around everywhere, making Starbucks one of his favorite stops. When they moved to Florida, their trips became more frequent; and since it was closer, we could also visit them. Once, when I flew to Florida by myself to visit and stay with their family. And only being 12 years old, I was expecting to get homesick. But this wasn't the case. He made me feel at home and welcome, and even planned a trip to Key West so I could get to see more of Florida.

My uncle's absense has greatly impacted my family. Words can't describe the look on my cousin's face as another birthday goes by, another Christmas, and so on. I can only imagine how happy the day will be when they reunite; when we all reunite. I just hope and pray that that day comes soon.

Sincerely,

*Camila Trefftz*

Camila Trefftz

January 4, 2010

Honorable Mark R. Kravitz,

My name is Adriana Chavarriaga, I'm Juan's sister. I am part of a family of 4 boys and 2 girls, my parents have been married for 50 years now, they live in Colombia.

I always remember Juan as a good student, a good brother and a good man. When we were little kids, he used to play with my other brothers; then, when we grow up he helped us every time he could: he took us to school, he gave us advice when we need it, he was always there for us.

When he got married, he was totally dedicated to his wife Maria, and his daughter Vanessa; he worked very hard to raise his family, but he always had a smile for everyone in his life.

A few years ago he moved to Miami and I was so happy because we could spend so many beautiful moments together. Until the day the DEA took him away from us in a very horrible way. His wife and daughter had to move very far from me and lived with Maria's sister in a basement for long time.

Even in the distance, he is still committed to his family calling them day by day.

I know he is not perfect because "perfection" does not exist, but I know he is a good man and a family man.

I pray every day he gets his life back and can be with his family soon.

Sincerely,

Adriana Chavarriaga-Orozco

January 4,2010

The honorable Judge Mark R Kravitz:

My name is German A Santos I am a Colombian citizen residing in North Carolina USA with my wife and my two son since 2004 at 193 Wynbrook Ct Winston Salem NC 27103.I work at Timco in Greensboro NC as an airplane mechanic.
My self and Juan C Chavarriaga have been friends for 14 years, we were neighbors in Medellin Colombia our Country of origen. We have share activities together as parties and family reunions.Juan is a good man, hard worker,responsible and a good citizen,he likes to help out the community and he is always available to who ever needs his help. His wife and his daughter wish him to be with them soon.

If you required more information please contact me at 336-682-2813.

Sincerely,

*German A. Santos*
German A Santos

January 4, 2010

The honorable Judge Mark R Kravitz:

My name is Margarita Uribe I am a Colombian Citizen residing in North Carolina USA with my husband and my two sons since 2004 at 193 Wynbrook Court Winston-Salem NC 27103. I am employed with Cima Corp as an Insurance agent since October 2009 also with Ferguson Realty as a realtor since March 2009.

I have known Juan C Chavarriaga for 14 years he was my neighbor and good friend of the family, we attended to parties, sports, have travel together and shared many other activities together. I have known him to be a good person, responsible, good worker, and good friend, devout catholic and honest person. I have known him to be a respectful person and caring with his family and everyone else around him.

If you required more information, please contact me at 336-749-5995

Sincerely,

*Margarita Uribe*

Margarita Uribe

January 4, 2010

Honorable Judge Mr. Mark R. Kravitz,

I met Juan back in 1999 when my wife Adriana, his sister, introduced me to him. Since then I always saw a man committed to his wife and daughter and friendly and polite with everybody.

When he had his company, he used to work very hard, almost 24/7. When they moved to Miami, they stayed in our home for a couple of months, and even the difficult times he went through, I never saw him raising his voice to his wife or daughter.

We used to talk about everything, because he is very knowledgeable and likes to read a lot.

When he found a house, he moved with his family, but we still got together almost every weekend and shared very nice moments.

I'm very sorry about what happened to him because he is a very good man and really hope he can recover his live soon to met him again and have those very nice talks we used to have.

Sincerely,

*[signature]*

Santiago Aulestia