UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 3:08CR97 (JCH) |
| | : |
| VIRTUAL MONEY, INC. | : November 20, 2012 |

## MOTION TO DISMISS AS TO VIRTUAL MONEY, INC.

The United States of America, by David B. Fein, United States Attorney for the District of Connecticut, by H. Gordon Hall, Assistant United States Attorney, respectfully moves the Court for an Order dismissing the indictment and the superseding indictment in this case as to the defendant Virtual Money, Inc..

    Respectfully submitted,

    DAVID B. FEIN
    UNITED STATES ATTORNEY


    /s/
    H. GORDON HALL
    ASSISTANT UNITED STATES ATTORNEY
    157 CHURCH STREET
    NEW HAVEN, CT 06510
    Tel. (203) 821-3700
    Federal Bar No. CT05153

2

## CERTIFICATE OF SERVICE

       I hereby certify that on November 20, 2012, a copy of the foregoing Government's Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


                                                           _____/s/_____
                                                           H. GORDON HALL
                                                           ASSISTANT U.S. ATTORNEY