**United States District Court**
**District of Connecticut**

```
------------------------------x
                              :
UNITED STATES OF AMERICA,     :
                              :
v.                            :   CASE NO. 3:08CR97(MRK)
                              :
VIRTUAL MONEY, INC.           :
                              :
------------------------------x
```

### ORDER RE MOTION TO DISMISS AS TO VIRTUAL MONEY, INC.

The United States of America's Motion to Dismiss the Indictment and Superseding Indictment as to Virtual Money, Inc. (Doc. No. 206) is hereby GRANTED.

It is so ordered.

Signed this 26th day of November, 2012 at Hartford, Connecticut.

_____/s/_____
Alvin W. Thompson
Chief United States District Judge

1